1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHARLOTTE TROUCHE,

        Plaintiff,

  v.

BANK OF AMERICA, et al.,

        Defendants.

_____/

No. C-10-04635-DMR

**ORDER VACATING HEARING ON DEFENDANT'S MOTION TO DISMISS PENDING CONSENT TO JURISDICTION OF MAGISTRATE JUDGE**

On October 21, 2010, Defendant Bank of America filed a Motion to Dismiss and Motion to Strike ("Motion to Dismiss and Strike"), pursuant to Federal Rule of Civil Procedure 12. *See* Docket No. 5. Defendant noticed a hearing on the Motion to Dismiss and Strike for December 2, 2010 at 11:00 a.m.

Pursuant to 28 U.S.C. § 636(c), a signed consent to the jurisdiction of the Magistrate Judge must be filed by each party before consideration of any dispositive motion. The parties in the above-captioned case have not filed a signed consent to proceed before a Magistrate Judge. Accordingly, the hearing on Defendant's Motion to Dismiss and Strike set for December 2, 2010 at 11:00 a.m. is hereby VACATED. Upon the filing of signed consents by all parties to the action, the Court will issue an order resetting the hearing. If a declination is filed, the case will be immediately reassigned to an Article III District Judge.

    IT IS SO ORDERED.

Dated: October 22, 2010

_____
DONNA M. RYU
United States Magistrate Judge