IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROUCHE,<br><br>    Plaintiff,<br><br>v.<br><br>BANK OF AMERICA,<br><br>    Defendant. | No. C 10-04635 CRB<br><br>**ORDER DISMISSING CASE** |

On February 25, 2011 the Court held a hearing on Defendant's Motion to Dismiss, after which the Court dismissed with leave to amend within thirty days. See dckt. no. 20. Thirty days have elapsed and Plaintiff has not amended her Complaint. Accordingly, the Court DISMISSES the case with prejudice.

**IT IS SO ORDERED.**

Dated: April 5, 2011

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2010\4635\order dismissing.wpd