1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TROUCHE,

          Plaintiff,

   v.

BANK OF AMERICA,

          Defendant.

_____/

No. C 10-04635 CRB

**JUDGMENT**

     Having dismissed the case, the Court hereby enters judgment for Defendant and against Plaintiff.

     **IT IS SO ORDERED.**

Dated: April 5, 2011

_____
CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2010\4635\judgment.wpd